795 A.2d 848

IN THE MATTER OF RICHARD J. CARROLL, AN ATTORNEY AT LAW (ATTORNEY NO. 262181970).

April 29, 2002.

## ORDER

The Disciplinary Review Board having filed with the Court its decision. in DRB 00–395, concluding that **RICHARD J. CARROLL** of **SECAUCUS**, who was admitted to the bar of this State in 1970, should be suspended from the practice of law for a period of six months for violating *RPC* 1.1 (gross neglect), *RPC* 1.3(lack of diligence), *RPC* 1.4(a)(failure to communicate), and *RPC* 8.1(b)(failure to cooperate with disciplinary authorities);

And **RICHARD J. CARROLL** having been suspended from the practice of law since January 3, 1999, and currently serving a one-year term of suspension effective December 7, 2001;

And good cause appearing;

It is ORDERED that **RICHARD J. CARROLL** is suspended from the practice of law for a period of six months and until the further Order of the Court, effective December 7, 2002; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.